IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TARANI ALIKE JOHNSON, TARANI A. JOHNSON, AND TARANI ALIKE JOHNSON ESTATE LIVING TRUST,**<br>Plaintiffs,<br><br>v.<br><br>**WELLS FARGO BANK .N.A, POWERSKIRN, LLC, FOX TOTHCHILD, L.L.P.,AND JOHN AND JANE DOES 1-50,**<br>Defendants. | CIVIL ACTION<br><br><br><br>NO.  23-1464 |

## ORDER

**AND NOW**, this 20th day of June, 2023, in light of *pro se* Plaintiff Tarani Alike Johnson's failure to either pay the fees to commence this civil action or file a motion to proceed *in forma pauperis* as directed by this Court's Order entered on April 24, 2023 (ECF No. 5), which (1) granted her thirty (30) days to do so and (2) warned her that if she failed to comply with the Order that this case would be dismissed without prejudice for failure to prosecute,[1] it is **ORDERED** that:

1. Johnson's case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**

---

[1] Johnson also failed to complete and return the Declaration form as directed in the April 24, 2023 Order.  (*See* ECF No. 5 at 3 & 5).